AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.     17-2368

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Doan Solutions LLC__

was received by me on *(date)* __5-31-17__.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* __Per PA Rule 404(2) and 403 Return Receipt 9502 8000 0390 7151 0001 58__

My fees are $ __5__ for travel and $ __5__ for services, for a total of $ __10__.

I declare under penalty of perjury that this information is true.

Date: __5-31-17__

__[signature]__
Server's signature

__Andrew perrong__
Printed name and title

__1657 The Fairway #131 Jenkintown PA 19046__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No. 17-2368

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Thai Doan__

was received by me on *(date)* __5-31-17__.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __Per PA Rule 404(2) and 403__
__Return Receipt  9502 8000 0390 7151 0001 65__

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __5-31-17__

_____
Server's signature

__Andrew Perrong__
Printed name and title

__1657 The Fairway #131 Jenkintown PA 19046__
Server's address

Additional information regarding attempted service, etc:

Date: June 3, 2017

Andrew Perrong:

The following is in response to your June 3, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003907151000158. The delivery record shows that this item was delivered on June 2, 2017 at 10:49 am in DURHAM, NC 27713. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

Date: June 3, 2017

Andrew Perrong:

The following is in response to your June 3, 2017 request for delivery information on your Certified Mail™/RRE item number 9502800003907151000165. The delivery record shows that this item was delivered on June 2, 2017 at 10:49 am in DURHAM, NC 27713. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service