IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>316 Covered Bridge Road<br>King of Prussia, PA 19406<br><br>     **Plaintiff**<br> v.<br><br>DOAN SOLUTIONS, LLC<br>5842 Fayetteville Road #105<br>Durham, NC 27713<br><br>THAI DOAN, individually and as Chief Executive Officer/Principal of DOAN<br><br>and Does 1-100, inclusive<br><br>     **Defendants** | Civil Action No. 2:17-cv-02368<br><br><br><br><br><br><br><br><br>Honorable Legrome D. Davis |

## REQUEST FOR ENTRY OF DEFAULT:

Comes now JAMES EVERETT SHELTON, the Plaintiff Pro Se in this action, and hereby requests the clerk to enter a default against the defendants DOAN SOLUTIONS, LLC and THAI DOAN, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

**Dated: June 26, 2017**

*[signature: James E Shelton]*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com
Plaintiff, *Pro Se*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>316 Covered Bridge Road<br>King of Prussia, PA 19406<br><br>    **Plaintiff**<br> v.<br><br>DOAN SOLUTIONS, LLC<br>5842 Fayetteville Road #105<br>Durham, NC 27713<br><br>THAI DOAN, individually and as Chief<br>Executive Officer/Principal of DOAN<br><br>and Does 1-100, inclusive<br><br>    **Defendants** | Civil Action No. 2:17-cv-02368<br><br><br><br><br><br><br><br>Honorable Legrome D. Davis |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, JAMES EVERETT SHELTON, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff Pro Se in this action.

2. A Complaint was filed in this case on May 24, 2017.

3. The summons and complaint were duly served upon defendants DOAN SOLUTIONS, LLC and THAI DOAN on June 2, 2017.

4. More than twenty-one (21) days have elapsed since the defendants in this action were served, and the defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. Defendants have not sought additional time within which to respond.

# FURTHER AFFIANT SAYETH NAUGHT

Commonwealth of Pennsylvania,

County of __MONTGOMERY__

Before me, the undersigned notary public, this day appeared

__JAMES. E. SHELTON__

to me known, who being duly sworn according to law, deposes the above.

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
   Joelle A. Newell, Notary Public
Upper Merion Twp., Montgomery County
   My Commission Expires May 16, 2019
MEMBER: PENNSYLVANIA ASSOCIATION OF NOTARIES
```

Subscribed and sworn to before me this

____26____ day of __JUNE__, 2017

_____
Notary Public

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com
Plaintiff, *Pro Se*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>316 Covered Bridge Road<br>King of Prussia, PA 19406<br><br>　　　　　Plaintiff<br>　v.<br><br>DOAN SOLUTIONS, LLC<br>5842 Fayetteville Road #105<br>Durham, NC 27713<br><br>THAI DOAN, individually and as Chief Executive Officer/Principal of DOAN<br><br>and Does 1-100, inclusive<br><br>　　　　　Defendants | Civil Action No. 2:17-cv-02368<br><br><br><br><br><br><br><br><br>Honorable Legrome D. Davis |

## ENTRY OF DEFAULT:

IT APPEARING that the complaint was filed in this case on May 24, 2017; that the summons and complaint were duly served upon defendants DOAN SOLUTIONS, LLC and THAI DOAN on June 2, 2017, and no answer or other pleading having been filed by said defendants,

NOW THEREFORE upon request of the Plaintiff, default is hereby entered against the defendants DOAN SOLUTIONS, LLC and THAI DOAN as provided under Rule 55(a) of the Federal Rules of Civil Procedure.

**Dated:** _____

　

_____

Kate Barkman, Clerk of Court (or deputy)