## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>**316 Covered Bridge Road**<br>**King of Prussia, PA 19406**<br><br>**Plaintiff**<br><br>v.<br><br>**DOAN SOLUTIONS, LLC**<br>**5842 Fayetteville Road #105**<br>**Durham, NC 27713**<br><br>**THAI DOAN, individually and as Chief**<br>**Executive Officer/Principal of DOAN**<br><br>**and Does 1-100, inclusive**<br><br>**Defendants** | **Civil Action No. 2:17-cv-02368**<br><br><br><br><br><br><br><br><br>**Honorable Legrome D. Davis** |

### MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT PER RULE 55(b)(1)

Comes now James Everett Shelton and requests the clerk of court, pursuant to Rule 55(b)(1) of

the Federal Rules of Civil Procedure, for entry of a judgment by default against the defendants

DOAN SOLUTIONS, LLC and THAI DOAN. In support of this request, Plaintiff relies upon the

record in this case and the affidavit submitted herein.

Dated: 6/24/2016

*(signature)*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com
Plaintiff, *Pro Se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>**316 Covered Bridge Road**<br>**King of Prussia, PA 19406**<br><br>           **Plaintiff**<br>   **v.**<br><br>**DOAN SOLUTIONS, LLC**<br>**5842 Fayetteville Road #105**<br>**Durham, NC 27713**<br><br>**THAI DOAN, individually and as Chief**<br>**Executive Officer/Principal of DOAN**<br><br>**and Does 1-100, inclusive**<br><br>       **Defendants** | **Civil Action No. 2:17-cv-02368**<br><br><br><br><br><br><br><br><br><br><br>**Honorable Legrome D. Davis** |

---

### AFFIDAVIT IN SUPPORT OF CLERK'S DEFAULT JUDGMENT PER RULE 55(b)(1)

I, JAMES EVERETT SHELTON, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff Pro Se in this action.

2. A Complaint was filed in this case on May 24, 2017.

3. The summons and complaint were duly served upon defendants DOAN SOLUTIONS, LLC and THAI DOAN on June 2, 2017.

4. More than twenty-one (21) days have elapsed since the defendants in this action were served, and the defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5. Defendants have not sought additional time within which to respond.

6.  Default has been entered against the defendants.

7.  The claim of the Plaintiff is for the sum of $12,000 plus interest from the date of judgment as provided by law, together with the costs of this action. The damages requested are statutory in nature and capable as being calculated as follows.

    a.  Two "robocalls" in violation of 47 U.S.C. § 227(b)(1)(A), which carries a minimum statutory penalty of $500 per call pursuant to 47 U.S.C. § 227(b)(3), which are trebled pursuant to 47 U.S.C. § 227(b)(3).

    b.  Two "sales calls" to a number on the National Do-Not-Call Registry in violation of 47 U.S.C. § 227(c)(3)(F), and 47 C.F.R. 64.1200(c)(2), which carries a minimum statutory penalty of $500 per call pursuant to 47 U.S.C. § 227(c)(5)(B), which are trebled pursuant to 47 U.S.C. § 227(c)(5).

    c.  Two refusals to put Plaintiff's number on defendant's "do-not-call list" in violation of 47 CFR 64.1200(d)(3), which carries a minimum statutory penalty of $500 per call pursuant to 47 U.S.C. § 227(c)(5)(B), which are trebled pursuant to 47 U.S.C. § 227(c)(5).

    d.  Two refusals to provide plaintiff defendant's "do-not-call policy" in violation of 47 CFR 64.1200(d)(1), which carries a minimum statutory penalty of $500 per call pursuant to 47 U.S.C. § 227(c)(5)(B), which are trebled pursuant to 47 U.S.C. § 227(c)(5).

    e.  Damages are thus calculated at $12,000 total as such: $3,000 for count (a), $3,000 for count (b), $3,000 for count (c), and $3,000 for count (d).

    f.  For the foregoing reasons, Plaintiff moves the clerk of court to enter judgment against defendants DOAN SOLUTIONS, LLC and THAI DOAN in the amount

of $12,000, plus interest and costs, pursuant to Federal Rules of Civil Procedure

Rule 55(b)(1), since judgment is for a certain sum.

## FURTHER AFFIANT
## SAYETH NAUGHT

Commonwealth of Pennsylvania,

County of ___MONTGOMERY___

Before me, the undersigned notary

public, this day appeared

___JAMES E. SHELTON___

to me known, who being duly sworn

according to law, deposes the above.


Subscribed and sworn to before me this

___26___ day of ___JUNE___, 2017

_____
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joelle A. Newell, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires May 15, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com
Plaintiff, *Pro Se*