James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com

Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON              :
                                   :    No. 2:17-cv-02368
         **Plaintiff**             :
                                   :
    v.                             :
                                   :
DOAN SOLUTIONS LLC &               :
                                   :    **Honorable Legrome D. Davis**
THAI DOAN                          :
                                   :
         **Defendants**            

FILED

AUG 2 5 2017

KATE BARKMAN, Clerk
By_____Dep. Clerk

### SATISFACTION OF JUDGMENT

**TO THE CLERK OF COURT:**

COMES NOW the Plaintiff, JAMES EVERETT SHELTON, pro se, and hereby states that the

judgment obtained herein in this case against the Defendants, DOAN SOLUTIONS LLC and

THAI DOAN, has been satisfied in full. It is hereby requested that a Satisfaction of Judgment be

entered on the record herein. Said defendants are hereby released from said judgment.

James E Shelton

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jamieshelton66@yahoo.com

Plaintiff